Troy V. CLEVELAND, Petitioner–
Appellant,

v.

Warden Timothy STEWART,
Respondent–Appellee.

No. 15–6063.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 26, 2015.

Troy V. Cleveland, Appellant Pro Se.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Troy V. Cleveland, a federal prisoner,
appeals the district court's order denying
relief on his 28 U.S.C. § 2241 (2012) peti-
tion. We have reviewed the record and find
no reversible error. Accordingly, we af-
firm for the reasons stated by the district
court. *Cleveland v. Stewart,* No. 1:14–cv–
03881–ELH (D.Md. Dec. 22, 2014). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*